# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | | |
|---|---|---|
| State Farm Fire and Casualty Insurance Company a/s/o David J. Hewitt and Barbara N. Hewitt, | ) ) ) ) ) | Case Number: 4:17-CV-00685-AMQ |
| Plaintiff, | ) ) | **STIPULATION OF DISMISSAL** |
| vs. | ) ) | **WITH PREJUDICE** |
| Duke Energy Progress, LLC, | ) ) | |
| Defendant. | ) ) | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendant in the above-captioned case hereby stipulate and agree to dismiss this case, including all claims, counterclaims, and causes of action in the case, ***with prejudice***, and agree that all matters, claims, and things contained in the case are ***res judicata*** between the parties and their officers, employees, agents, insurers, investors, purchasers, successors, and assigns.

**WE SO STIPULATE:**

        **Cozen O'Connor**

        /s/ Zachary Renegar
        Zachary Renegar, Esq.
        Federal I.D. No.12622
        One Wells Fargo Center, Suite 2100
        301 South College Street
        Charlotte, NC 28202
        zrenegar@cozen.com
        Telephone: (704) 376-3400

        *Attorneys for Plaintiff, State Farm Fire and Casualty Insurance Company a/s/o David J. Hewitt and Barbara N. Hewitt*

        Date: October 15, 2018
        Charlotte, North Carolina

**Haynsworth Sinkler Boyd, P.A.**

/s/ Joshua D. Spencer
Joshua D. Spencer, Esq.
Federal I.D. No. 9845
Bonnie A. Lynch
Federal I.D. No. 10402
P.O. Box 2048 (29602)
One North Main Street, Second Floor
Greenville, SC 29601
jspencer@hsblawfirm.com
blynch@hsblawfirm.com
Telephone: (864) 240-3270

*Attorneys for Defendant, Duke Energy Progress, LLC*

Date: October 15, 2018
Greenville, South Carolina