

HAYNSWORTH SINKLER BOYD, P.A.
ONE NORTH MAIN STREET, 2ND FLOOR
P.O. BOX 2048 (29602)
GREENVILLE, SOUTH CAROLINA 29601
MAIN  864.240.3200
FAX  864.240.3300
www.hsblawfirm.com

**JOSHUA D. SPENCER**
DIRECT 864.240.3270
jspencer@hsblawfirm.com

December 23, 2021

**VIA ELECTRONIC FILING**

Robin L. Blume
Clerk of Court
U.S. District Court for the District of South Carolina
901 Richland Street
Columbia, South Carolina 29201-2431

**Re:   State Farm Fire and Casualty Insurance Company v. Duke Energy Progress, LLC**
       **4:17-00685-AMQ**
       **HSB File No. 35621.0106**

Dear Ms. Blume:

    I am in receipt of your letter, filed electronically with the Court on December 14, 2021, regarding Judge A. Marvin Quattlebaum, Jr., his role in the above-referenced matter, and the issue of his conflict disclosure.  Neither I, nor my client, Duke Energy Progress, LLC, believe that any further action by the Court is required.

    Our opinion is founded on the limited role that Judge Quattlebaum had in the case and the way in which the case resolved itself.  Judge Quattlebaum was not involved in any substantive rulings in this case—he only issued consent amended scheduling orders agreed upon and proposed by the parties.  Moreover, the case was resolved through settlement via a mediation with a private mediator agreed upon by the parties and a subsequent dismissal with prejudice filed by the parties.

    As such, no substantive ruling of Judge Quattlebaum had any effect on the outcome of the case.  Accordingly, we see no reason for the Court to take any action regarding the issues raised by your letter.

    If we can provide anything further, please let me know.  Thank you for your consideration.

HAYNSWORTH
SINKLER BOYD

Robin L. Blume
December 23, 2021
Page 2

With kind regards,

**HAYSNWORTH SINKLER BOYD, P.A.**

/s/ Joshua D. Spencer

Joshua D. Spencer

*Attorney for Duke Energy Progress, LLC*

JDS/scc